[No. 67552-4-I.   Division One.   July 30, 2012.]

HUGH K. SISLEY ET AL., *Appellants*, v. SEATTLE SCHOOL DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-10522-1, Kimberley Prochnau, J., entered July 22, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ. Now published at 171 Wn. App. 227.

[No. 67577-0-I.   Division One.   July 30, 2012.]

*In the Matter of the Dependency of J.H.-K.*

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ANGELA M. PEMBERTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-7-01325-0, Patricia H. Clark, J., entered August 1, 2011. *Dismissed* by unpublished opinion per Becker, J., concurred in by Cox and Schindler, JJ.

[Nos. 67901-5-I; 67905-8-I.   Division One.   July 30, 2012.]

*In the Matter of the Dependency of S.L.S.*

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. THOMAS STOKES ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 11-7-01306-3, Palmer Robinson, J., entered October 24, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 41302-7-II.   Division Two.   July 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE LEE FRITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00389-4, John F. Nichols, J., entered September 14, 2010. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.